# Third District Court of Appeal

## State of Florida

Opinion filed December 15, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-966
Lower Tribunal No. 14-27903
_____

**Lucila Murphy,**
Appellant,

vs.

**Lenis Osorio, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Maria de Jesus Santovenia, Judge.

Law Office of Laurence A. Wanshel, P.A., and Laurence A. Wanshel, for appellant.

Coral Way Law Center, and Miguel San Pedro, for appellees.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Murphy v. Osorio</u>, 299 So. 3d 446, 448 (Fla. 3d DCA 2020), reh'g denied (Jan. 29, 2020) ("[I]t is undisputed that the trial court ruled that there was a lack of evidence to support the Defendants' counterclaim."); <u>Espriella v. Delvalle</u>, 844 So. 2d 674, 676 (Fla. 3d DCA 2003) (confirming that there is a strong presumption in favor of the validity of deeds, and that presumption will prevail unless the party challenging the deed overcomes it by clear, strong and convincing evidence) (citing <u>Howell v. Fiore</u>, 210 So. 2d 253, 256 (Fla. 2d DCA 1968)); <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").